IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZEYU WANG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONDER HOLDINGS,<br><br>Defendant. | Case No. 1:23-cv-02013-MEH |

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Zeyu Wang, through his undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed.

Dated: October 27, 2023

**COLE & VAN NOTE**

*/s/ Laura Van Note*
Laura Van Note, Esq.
555 12 Street, Suite 2100
Oakland, CA 94607
Telephone: 510-891-9800
Email: lvn@colevannote.com

*Attorneys for Plaintiff Zeyu Wan*