|  |  |
|---|---|
| ZEYU WANG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONDER HOLDINGS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23-cv-02013-MEH |

**CLASS ACTION**

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Zeyu Wang, through his undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice.

Dated: October 30, 2023

**COLE & VAN NOTE**

*/s/ Laura Van Note*
Laura Van Note, Esq.
555 12 Street, Suite 2100
Oakland, CA 94607
Telephone: 510-891-9800
Email: lvn@colevannote.com

*Attorneys for Plaintiff Zeyu Wang*