IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02013-MEH

ZEYU WANG individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

SONDER HOLDINGS INC.,

    Defendant.

---

### ORDER
---

**Michael E. Hegarty, United States Magistrate Judge.**

    Plaintiff has filed an Amended Notice of Voluntary Dismissal, dismissing his claims against Defendant with prejudice. ECF 17. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that Notice is self-effectuating, and Plaintiff's claims were dismissed with prejudice as of the filing of the Notice.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 31st day of October 2023.

                                       BY THE COURT:

                                       */s/ Michael E. Hegarty*

                                       Michael E. Hegarty
                                       United States Magistrate Judge